# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID L. TROWBRIDGE, | ) | |
| | ) | |
| Defendant. | ) | |

Upon oral application of the defendant by and through the Federal Public Defender, and with the agreement of the prosecutor and the probation office,

IT IS ORDERED that the defendant's supervised release is herewith terminated early. The Clerk of the Court shall provide USPO Harriett Washington with a copy of this memorandum and order.

January 15, 2008.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge